MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL**
**A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:   (559) 222-2424
Facsimile:    (559) 222-2434

Attorney for Defendant:
JOSHUA WALTERS

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Citation No.: 6:10-mj-00206 |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE FOR DEFENDANT JOSHUA WALTERS ARRAIGNMENT; PROPOSED ORDER |
| vs. ) | |
| JOSHUA WALTERS, ) | Date: December 8, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Place: Yosemite Court |

The parties, by and through their undersigned attorneys, hereby stipulate as follows:

1. The hearing on Defendant Joshua Walters's arraignment presently scheduled for December 8, 2010 at 9:00am, may be continued until January 4, 2010 at 10:00 a.m. The reasons for this continuance is so that Defendant Joshua Walters's counsel, Michael E. Mitchell, can be present at his arraignment. In addition, Defendant Joshua Walters's counsel, will be at Yosemite on January 4, 2010 at 10:00 a.m., for a status conference on an unrelated case.

Dated: December 6, 2010         /s/ Michael E. Mitchell
                                Attorney for Defendant

Dated: December 6, 2010         /s/ Susan St. Vicent
                                Legal Officer/National Park Service

STIPULATION BY THE PARTIES TO CONTINUE ARRAIGNMENT OF JOSHUA WALTERS - 1

**ORDER**

IT IS SO ORDERED.

Dated:  December 7, 2010          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE