MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL**
**A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:   (559) 222-2424
Facsimile:   (559) 222-2434

Attorney for Defendant:
JOSHUA WALTERS

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>     vs.                                             )<br>                                                        )<br>JOSHUA WALTERS,                    )<br>                                                        )<br>            Defendant.                      )<br>                                                        )<br>                                                        )<br>                                                        )<br>                                                        )<br>_____) | Citation No.: 6:10-mj-00206<br><br>STIPULATION TO CONTINUE DATE FOR DEFENDANT JOSHUA WALTERS STATUS CONFERENCE; PROPOSED ORDER<br><br>Date:  March 22, 2011<br>Time: 10:00 a.m.<br>Place: Yosemite Court |

   The parties, by and through their undersigned attorneys, hereby stipulate as follows:

   1.   The hearing on Defendant Joshua Walters' status conference presently scheduled for February 8, 2011 at 10:00am, may be continued until March 22, 2011 at 10:00 a.m.  The reasons for this continuance is so that Defendant Joshua Walters' counsel, Michael E. Mitchell, can pursue settlement discussions with the Government.  Defendant Joshua Walters excludes time under the Speedy Trial Act till March 22, 2011.

Dated: February 7, 2011             /s/ Michael E. Mitchell
                                                     Attorney for Defendant

Dated: February 7, 2011             /s/ Susan St. Vicent
                                                     Legal Officer/National Park Service

STIPULATION BY THE PARTIES TO CONTINUE STATUS CONFERENCE OF JOSHUA WALTERS - 1

**ORDER**

IT IS SO ORDERED

IT IS SO ORDERED.

Dated: <u>  February 7, 2011  </u>          <u>   /s/ *Michael J. Seng*</u>
                                    UNITED STATES MAGISTRATE JUDGE