MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL
A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:    (559) 222-2424
Facsimile:    (559) 222-2434

Attorney for Defendant:
JOSHUA WALTERS

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Citation No.: 6:10-mj-00206 |
| )  Plaintiff, ) | STIPULATION TO CONTINUE DATE FOR DEFENDANT'S STATUS CONFERENCE; ORDER |
| vs. ) | |
| JOSHUA WALTERS, ) | Date: April 20, 2011 |
|   Defendant. ) | Time: 10:00 a.m. |
| ) | Place: Yosemite Court |

The parties, by and through their undersigned attorneys, hereby stipulate as follows: The hearing on Defendant JOSHUA WALTERS'S Status Conference presently scheduled for April 06, 2011 at 10:00 a.m., may be continued until April 20, 2011 at 10:00 a.m.  The reasons for this continuance is so that Defendant JOSHUA WALTERS'S counsel, Michael E. Mitchell, can pursue plea discussions with the Government.  Defendant JOSHUA WALTERS excludes time under the Speedy Trial Act till April 20, 2011.

Dated: April 01, 2011         /s/ Michael E. Mitchell
                              Attorney for Defendant

Dated: April 01, 2011         /s/ Susan St. Vicent
                              Legal Officer/National Park Service

STIPULATION BY THE PARTIES TO CONTINUE STATUS CONFERENCE OF SARA JELIC - 1

## **ORDER**

The Stipulation is rejected. This matter has been pending since November 2010. Counsel for the parties shall appear at 10:00 AM April 6, 2011, and advise the Court why additional time might be needed or why the matter should not be set for trial forthwith.

IT IS SO ORDERED.

Dated:   April 4, 2011              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE